224 F.2d 719
 SCHERFE INSURANCE AGENCY, a Corporation, et al., Appellants,
v.
AMERICAN UNIVERSAL INSURANCE COMPANY, a Corporation et al.
 No. 15384.
 United States Court of Appeals Eighth Circuit.
 July 15, 1955.
 
 Johnson & Phelan, Fort Madison, Iowa, for appellants.
 McManus & McManus, Keokuk, Iowa, and Lord, Bissell & Brook, Chicago, Ill., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court docketed and dismissed for want of diligent prosecution, on motion of appellees.